UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

SETH K.,[1]

      Plaintiff,

v.

KILOLO KIJAKAZI, Acting
Commissioner of Social Security,

      Defendant.

**ORDER**
Civil File No. 21-cv-76 (MJD/LIB)

Edward C. Olson, Disability Attorneys of Minnesota, Minneapolis, MN and Clifford Michael Farrell, Manring & Farrell, Counsel for Plaintiff.

Linda H. Green, Social Security Administration, Dallas, TX, Counsel for Defendant.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois dated July 27, 2022. Plaintiff filed objections to the Report and Recommendation.

Pursuant to statute, the Court has conducted a de novo review upon the record. 28 U.S.C. § 636(b)(1); D. Minn. LR 72.2(b). Based upon that review, the

---

[1] This District has adopted the policy of using only the first name and last initial of any nongovernmental parties in Social Security opinions.

1

Court adopts the Report and Recommendation of United States Magistrate Judge Brisbois.  The Court overrules Plaintiff's objections.

Accordingly, based upon the files, records, and proceedings herein**, IT IS HEREBY ORDERED**:

1. The Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois dated July 27, 2022.  **(Doc. 35.)**

2. Plaintiff's Motion for Summary Judgment **(Doc. 28)** is **DENIED**.

3. Defendant's Motion for Summary Judgment **(Doc. 30)** is **GRANTED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated:   August 29, 2022              s/Michael J. Davis
                                      Michael J. Davis
                                      United States District Court